# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | CASE NO. 06CV217-LAB (LSP) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| BELLA M. VIDEO, GASPAR MARKET, and REYNOLDO G. TINSAY, | |
| Defendant. | |

On December 13, 2006, the parties jointly moved to dismiss this action, stating that they had settled the case.  The joint motion, however, incorporated by reference their settlement agreement and no consent was submitted as required by the Court's Standing Order, ¶ 3(a).  On July 25, 2007, the parties again jointly moved to dismiss this action with prejudice, this time omitting references to the Court's continuing jurisdiction to enforce the settlement agreement between them.

Therefore, this action is hereby **DISMISSED WITH PREJUDICE**.  The parties shall bear their own costs.  The previous joint motion (docket #22) is deemed withdrawn.

**IT IS SO ORDERED**.

DATED:  July 30, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -                                                                06CV217-LAB (LSP)